FILED
2022 Jan-18  PM 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| PAMELIA JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-01326-LCB |
| | ) | |
| CITY OF MADISON, | ) | |
| a municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Pamelia Jackson, and Defendant, City of Madison, by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice.  WHEREFORE, the parties move this Court for the entry of a Final Order with costs taxed as paid.

Dated this 18th day of January, 2022.


s/ Edward I. Zwilling
Edward I. Zwilling
Attorney for Plaintiff Pamelia Jackson
LAW OFFICE OF EDWARD I. ZWILLING, LLC
4000 Eagle Point Corporate Drive
Birmingham, AL 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

1

s/ David J. Canupp
David J. Canupp
Attorney for Defendant City of Madison
LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Telephone:   256-535-1100
djc@LanierFord.com